1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  JESSE GESSIN (Bar No. 263889)
   (E-Mail: Jesse_Gessin@fd.org )
3  Deputy Federal Public Defender
   411 West Fourth Street, Suite 7110
4  Santa Ana, California  92701-4598
   Telephone:  (714) 338-4500
5  Facsimile:  (714) 338-4520

6  Attorneys for Defendant
   KAREN KARAPETYAN

7

8

                     UNITED STATES DISTRICT COURT

9

                    CENTRAL DISTRICT OF CALIFORNIA

10

                         SOUTHERN DIVISION

11

12

   UNITED STATES OF AMERICA,                Case No. SA 16-545-M

13

                 Plaintiff,                 ORDER

14

         v.

15

   KAREN KARAPETYAN,

16

                 Defendant.

17

18

        IT IS HEREBY ORDERED that a hearing on the defendant's motion shall

19

   be held on December 21, 2016 at 2:00 p.m. before Judge McCormick in Courtroom 6B.

20

21

22

   DATE:  December 12, 2016

23

                                         HON. JAY C. GANDHI
24                                       UNITED STATES MAGISTRATE JUDGE

25

   Proposed by: Jesse Gessin, DFPD

26

27

28    cc: PSA, USM-SA